15189. MANN *v.* THE STATE.

BLOODWORTH, J. There was some evidence to authorize the verdict, which has the approval of the trial judge; and, no error of law appearing, this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 6, 1924.

Indictment for manufacture of liquor; from Lamar superior court—Judge Persons. November 9, 1923.

*A. M. Zellner,* for plaintiff in error.

*T. J. Brown, solicitor-general,* contra.